IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01989-BNB

HENRY M. BAKER,

    Plaintiff,

v.

BRUNSWICK ZONE, Wheatridge, and
50+ SENIOR LEAGUE, Thursday Club 50+ P.M.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Henry M. Baker, initiated this action by filing *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint.

In an order filed on August 19, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Bake to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Baker was directed to submit a Complaint with all sections of the document completed. Mr. Baker was also directed to complete and notarize the affidavit included in his Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The August 19 Order warned Mr. Baker that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Baker filed an amended Complaint on August 19, 2010, but did not complete the following sections: "Parties"; "Claims for Relief"; "Jurisdiction"; and "Request for

Relief." Mr. Baker filed an amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on August 26, 2010, but again failed to complete the affidavit section of the Motion. Therefore, Mr. Baker has failed to cure the designated deficiencies within the time allowed and has not requested an extension of time to do so. Accordingly, it is

ORDERED that the action be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Henry M. Baker, to comply with the order to cure dated August 19, 2010.

DATED at Denver, Colorado, this  29th  day of  September , 2010.

BY THE COURT:

 s/Philip A. Brimmer 
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01989-BNB

Henry M. Baker
1420 S. Logan Street
Denver, CO 80203

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  9/29/10

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk